**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | | |
|---|---|---|
| CHOCOLATE INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 11-cv-4649 |
| CORNERSTONE PROMOTION, INC., and | ) | |
| PEPSICO, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF REMOVAL OF A CIVIL ACTION</u>

Defendants Cornerstone Promotion, Inc. ("Cornerstone"), and PepsiCo, Inc. ("PepsiCo"; collectively, "Defendants"), hereby notify this Court that this civil action has been removed from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.  In support of this notice, Defendants state:

1.      Plaintiff Chocolate Industries, Inc. ("Plaintiff"), filed a complaint in the Circuit Court of Cook County, Chancery Division, on July 11, 2011, against Defendants.  (A copy of the Complaint is attached hereto as Exhibit A.)

2.      Defendant timely files this Notice of Removal pursuant to 28 U.S.C. § 1446(b) within 30 days of being served with the Summons and Complaint.

3.      This is a civil action in which the United States District Court has original jurisdiction under 28 U.S.C. § 1332, because the matter in controversy exceeds $75,000 and the action is between citizens of different states.

4.      The matter in controversy exceeds $75,000.  In the complaint, Plaintiff seeks to enjoin the release of an album that is scheduled for July 12, 2011, and other recordings by a

musical group known as The Cool Kids. If a court grants the relief that Plaintiff requests, Defendants would lose the amount they have invested in the development and promotion of The Cool Kids, which exceeds $75,000. Additionally, Plaintiff seeks to prevent The Cool Kids from providing services to Defendants the value of which also exceeds $75,000. Plaintiff is an Illinois corporation that has its principal place of business in Illinois.

5.     PepsiCo is a North Carolina corporation with its principal place of business in New York.

6.     Cornerstone is a Delaware corporation with its principal place of business in New York.

7.     Accordingly, this is a civil action between citizens of different States, and jurisdiction is proper pursuant to 28 U.S.C. § 1332(a)(1). Removal is proper under 28 U.S.C. § 1441(b) because none of the parties in interest properly joined and served as defendants is a citizen of Illinois, the State in which this action was brought.

8.     Venue is proper in the Northern District of Illinois based on 28 U.S.C. § 1391(b)(1) and (c) because Plaintiffs allege that Defendant conducts business in the Northern District of Illinois. (See Ex. A ¶ 3.)

9.     Defendant is serving this Notice of Removal on Plaintiff's counsel of record, David B. Schaffer of Segal McCambridge Singer & Mahoney, Ltd., via e-mail and via hand delivery.

10.     Defendant is also filing a copy of the Notice of Removal of a Civil Action in the Circuit Court of Cook County, Illinois.

WHEREFORE, Defendants notify this Court that this cause has been removed from the

Circuit Court of Cook County, Illinois, to the United States District Court for the Northern

District of Illinois, pursuant to the provisions of 28 U.S.C. §§ 1332, 1441, and 1446.

Respectfully submitted,

Cornerstone Promotion, Inc., and PepsiCo, Inc.

Dated: July 11, 2011                    By:    /s/ Steven P. Mandell_____
                                               One of their attorneys

Steven P. Mandell
Natalie A. Harris
Shari R. Albrecht
Mandell Menkes LLC
333 W. Wacker Drive, Suite 300
Chicago, Illinois 60606
312-251-1000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused to be served and filed Defendants' Notice of Removal of a Civil Action electronically with the Clerk of the Court of Illinois, Northern District, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, on July 11, 2011, and will cause to be served the same via e-mail and hand delivery on the same date, on:

David B. Schaffer
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower, Suite 5500
233 S. Wacker Drive
Chicago, Illinois 60606
(312) 645-7800


/s/ Steven P. Mandell_____

187085